**Dated: January 26, 2018**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re:  
**Stevie Stone**

Debtor(s)

Case No.: 16–24111

Chapter No.: 7

---

### ORDER ACKNOWLEDGING DEBTOR(S)' AMENDMENT TO SCHEDULES TO ADD OMITTED PREPETITION CREDITOR(S) WITH NOTICE OF THE ENTRY THEREOF

---

It appears that the debtor(s) filed the annexed amendment pursuant to FED. R. BANKR. P. 1009(a) amending the Schedules to add certain originally omitted prepetition creditor(s), which amendment is required to be noticed by the debtor(s) or debtor(s)' counsel to the case trustee, to the United States Trustee and to the affected creditor(s). FED. R. BANKR. P. 1009(a) gives the debtor(s) a right to amend the schedules as a matter of course at any time before the case is closed. It also appears that this is a no asset case and no proof of claim need be filed at this time.

Based on the foregoing and the case record as a whole,

1. The debtor(s)' amendment as to the creditor(s) shown on the bottom of this order (or by attachment) adds such creditor(s) to the debtor(s)' schedules and that such creditor(s) shall have until **March 27, 2018** to file any complaints to determine dischargeability that may be required to be filed under 11 U.S.C. § 523(c) and/or any complaints objecting to discharge of the debtor(s) under 11 U.S. C. § 727(a). In the absence of filing of such complaint(s), after the expiration of this deadline, the debtor(s) shall be entitled to a discharge of the added debt(s), unless a debt is of a type not addressed by a routine chapter 7 discharge [see 11 U.S.C. § 523(a)], in which event either the debtor(s) or the affected creditor(s) may file an appropriate complaint to determine dischargeability.

2. The debtor(s) or debtor(s)' counsel shall promptly mail, in compliance with L.B.R. 9013–1 of this Court, a copy of this Order to all affected creditors, the case trustee and the United States Trustee, or any other party that has not been served electronically by the Bankruptcy Noticing Center and thereafter shall promptly file with the Clerk of this Court a certificate of service of this Order (Local Form 7). Moreover, pursuant to L.B.R. 9013–1(f), the debtor(s) or debtor(s)' counsel shall, within seven (7) days of this Order, serve the added creditor(s) with each notice that has previously been served on all creditors in this case.

**\*\*\*All added creditor(s), United States Trustee, and Case Trustee, with their addresses, to be served by debtor(s) or debtor(s)' counsel pursuant to this Order are:**

American Web Loan
2128 N 14th Street
Suite 1 #130
Ponca City, OK 74601

Loanmaster
3204 South Perkins Road
Memphis, TN 38118

Q Credit
PO Box 8316
Philadelphia, PA 19101−8316

pomisc008.jsp