

**Dated: June 25, 2018**
**The following was SIGNED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re: 
**Stevie Stone**

Debtor(s)

Case No.: 16–24111

Chapter No.: 7

## ORDER RE–CLOSING CASE

It appearing to the Court, on its own initiative, that this case was previously reopened pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 for further administration.

It now appearing to the Court, on its own initiative, that this case has now been fully administered and should be re–closed.

Based on the foregoing and the case record as a whole,

**IT IS ORDERED** that this case be and it is hereby re–closed.

poco057.jsp